# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **MOHAMMED HOSSEIN SAEEDI,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DAVID L. ROURK, Director, U.S.** )<br>**Citizenship and Immigration Services,** )<br>**Texas Service Center** )<br>)<br>**Defendant.** ) | **CIVIL NO. 3:10CV32-RJC-DSC** |

## <u>ORDER</u>

Wherefore, good cause is shown to place under seal Plaintiff's certified administrative record, this Court grants Defendant's Motion to Seal those documents.

**SO ORDERED**.                    Signed: September 23, 2010

_____
David S. Cayer
United States Magistrate Judge