**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **MOHAMMED HOSSEIN SAEEDI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL NO. 3:10CV32-RJC-DSC** |
| | ) | |
| **DAVID L. ROURK, Director, U.S.** | ) | |
| **Citizenship and Immigration Services,** | ) | |
| **Texas Service Center** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Wherefore, good cause is shown to place under seal Plaintiff's certified administrative record, this Court grants Defendant's Motion to Seal those documents.

**SO ORDERED**.  Signed: September 23, 2010

_____
David S. Cayer
United States Magistrate Judge