# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mahammed Hossein Saeedi ,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:10cv32

David L. Rourk,
U.S. Citizenship and Immigration Services

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/15/2011 Order.

Signed: March 16, 2011

Frank G. Johns, Clerk
United States District Court